AO 91 (Rev. 08/09) Criminal Complaint



**FILED**
FEB 08 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>MORGAN WOMACK<br>*Defendant(s)* | )<br>)<br>) Case No. 24-mj-94-SH<br>)<br>) FILED UNDER SEAL<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 6, 2024__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Drug Conspiracy |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Alan Frank*
Complainant's signature

Special Agent Alan Frank, DEA
Printed name and title

Sworn to before me by phone.

Date: 2/8/24

*[signature]*
Judge's signature

City and state: Tulsa, OK

Susan Huntsman, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Special Agent Alan Frank, being first duly sworn, hereby depose and state as follows:

## Introduction

1. I am a Special Agent with the Drug Enforcement Administration (DEA), United States Department of Justice (DOJ). I have been a DEA Special Agent since May 2021. I am currently assigned to the Tulsa Resident Office (TRO) in Tulsa, Oklahoma, and I am an "investigative or law enforcement officer" of the United States as defined in 21 U.S.C. § 878(a). I was previously employed with the St. Louis County Police Department. I worked as a Police Officer for approximately six years.

2. During my law enforcement career, I have received specialized training from various federal and local law enforcement agencies. Pertinent to the current investigation, this training includes methods of unlawful manufacturing and distribution of illegal narcotics, methods of drug trafficking, as well as how drug traffickers derive, launder, and conceal their profits from drug trafficking. Additionally, I have received extensive training through my involvement in numerous investigations alongside officers at both the federal and local level. These investigations include, among other subjects, drug, and firearm violations.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant and, therefore, does not include every fact I have learned during this investigation.

4. Based on my training, research, experience, and the facts as set forth in this Affidavit, there is probable cause to believe that MORGAN WOMACK (DOB XX/XX/1983), has violated 21 U.S.C. § 846 (Drug Conspiracy), and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) (Possession of Methamphetamine with Intent to Distribute); and that these violations occurred within the Northern District of Oklahoma.

5. It is therefore requested that this Court issue a complaint and arrest warrant for MORGAN WOMACK.

## Probable Cause

6. On February 5, 2024, members of the DEA Tulsa Resident Office were contacted by Tulsa Police Department (TPD) Special Investigations Division (SID) in reference to a tip advising the Aaron Murphy DTO was coordinating to traffic large quantities of fentanyl to Tulsa, Oklahoma on February 6, 2024. TPD advised the vehicle that will be used to traffic the contraband will be a diesel pick up truck possibly black in color with two vertical exhaust pipes located along the rear of the cab of the truck. The truck was possibly going to have a black, long, flatbed trailer attached to the cab and would be arriving from Texas. TPD was unable to obtain any further information regarding the truck and did not know an approximate time of when the truck would be arriving in Tulsa.

7. On February 6, 2024, investigators responded to the area of Henryetta, Oklahoma to establish physical surveillance on the northbound lanes of Interstate 75 in an attempt to locate the aforementioned black pickup truck.

8. At approximately 10:44 a.m., investigators located a black diesel pickup truck with two vertical exhaust pipes, hauling a long black flatbed trailer traveling northbound on Interstate 75. Investigators initiated mobile surveillance of the black pickup truck and observed the truck to be a Ford diesel pickup truck bearing Texas tag PZL-5528.

9. At approximately 11:44 a.m., the Oklahoma Highway Patrol conducted a probable cause traffic stop on the black Ford diesel truck in the area of northbound Interstate 75 and East 151st Street South, located in Glenpool, Oklahoma, within the Northern District of Oklahoma. During the traffic stop OHP Trooper Clint Craft deployed his K-9 to conduct an open air K-9 sniff of the black Ford diesel pickup truck. Trooper Craft advised his K-9 alerted and indicated to the odor of a controlled substance being omitted from the vehicle. Troopers conducted a probable cause search of the vehicle and located a blue/black bin in the truck bed that contained approximately 12 taped bundles containing a crystal substance. The bundles were seized by troopers and were later transferred to the custody of members of the DEA TRO. Members of the TRO conducted a field test of one of the bundles which was presumptively positive for the presence of methamphetamine. The bundles weighed approximately 13.2 gross kilograms.

10. While on scene, investigators from the TRO contacted the driver of the black Ford diesel pickup truck who agreed to cooperate with investigators, the driver will be referenced herein as cooperating defendant (CD).

11. At the conclusion of the traffic stop, the CD and the CD's vehicle were

transported to the DEA TRO office. The blue/black bin containing the suspected methamphetamine was processed as DEA drug evidence. The suspected methamphetamine was replaced with a substance that was similar in weight and appearance as the seized methamphetamine. A tracking device was placed inside the blue/black bin. The CD was then instructed to contact the coordinator and advise the coordinator that the CD arrived in Tulsa, Oklahoma and was ready to conduct the transaction. The CD arranged to meet the Tulsa-based DTO member at "Hooters" restaurant, located at 8108 East 61st Street, Tulsa, Oklahoma.

12. At approximately 4:30 p.m., members of the TRO responded to the Hooters restaurant parking lot and established physical surveillance.

13. At approximately 4:44 p.m., investigators drove the CD's truck to the Hooters parking lot and parked the CD's vehicle to the northeast of the restaurant. The blue/black bin which contained the fake substance was placed in the front passenger seat. The vehicle was left unlocked, and the CD advised the coordinator the location of the blue/black bin.

14. At approximately 7:04 p.m., investigators observed a silver Mercedes bearing Oklahoma tag ODU-250 (Registered Owner: Morgan Womack at XXXX [address], Tulsa, Oklahoma) arrive and park just south of the CD's vehicle. A white male wearing a blue jacket and blue jeans with red hair, identified by investigators as Morgan Womack, exited the silver Mercedes and walked towards the Hooters. Shortly after Womack walked back to the silver Mercedes and drove around the parking lot.

15. At approximately 7:11 p.m., the silver Mercedes pulled in front of the CD's vehicle. Womack exited the silver Mercedes and obtained a black bag from the driver side rear passenger door. Womack walked to the CD's vehicle and opened the rear driver's door of the CD's vehicle. Womack placed the bag inside the CD's vehicle, Womack walked around the front of the CD's vehicle and opened the front right passenger's door to obtain the blue/black bin from the CD's vehicle. Womack then carried the blue/black bin to the silver Mercedes and placed it inside the rear driver's door. Womack then entered the silver Mercedes and proceeded to drive it through the Hooters parking lot. Womack exited the parking lot and turned eastbound onto 63rd Street. Oklahoma Highway Patrol Trooper Clint Craft attempted to conduct a probable cause traffic stop on the silver Mercedes near the intersection of 63rd Street, and 64th Place. Trooper Craft advised as he was exiting his marked patrol unit, the Silver Mercedes fled the traffic stop at a high rate of speed. Trooper Craft advised the Mercedes was traveling northbound on 87th East Avenue, and then turned eastbound on 62nd Place, and then southbound on 89th East Avenue. Trooper Craft advised the Mercedes crashed near the intersection of South 89th East Avenue, and East 64th Street South. Trooper Craft advised the silver Mercedes wrecked at high speed into a large tree near that intersection. Trooper Craft advised investigators Womack fled from the scene on foot. Investigators obtained information from citizens in the area advising Womack was last seen traveling south of the car wreck. At that time investigators recovered the blue/black bin from the rear driver side back seat.

16. At approximately 7:30 p.m., investigators located and arrested Womack

inside an apartment complex near 8501 East 67th Street. Investigators recognized Womack as the same person they had observed in the parking lot of Hooters. After arresting Womack investigators located a pill bottle near the location where Womack was arrested. The pill bottle contained Oxycodone.

17. It should be noted after Womack departed from the parking lot a surveillance vehicle maintained a visual of the CD's vehicle to ensure no one else entered the vehicle. A search of the vehicle revealed the black bag documented in paragraph 15 which was placed in the CD's vehicle by Womack. A search of the bag revealed bulk US Currency.

18. While searching for Womack, Trooper Craft and members of the TRO maintained surveillance of the silver Mercedes. A search of the Silver Mercedes revealed the following evidential items: 2 bags of suspected crystal methamphetamine located under the driver's seat, 1 bag of suspected methamphetamine under the passenger seat, 1 bottle of hydromorphone hydrochloride under the passenger seat. The gross weight of the suspected methamphetamine was approximately 476.4 grams. During a search of the vehicle investigators located Womack's wallet with his driver's license inside the wallet, and his cellular device on the driver's floorboard. A sample of the suspected methamphetamine was field tested and tested presumptive positive for methamphetamine.

## Conclusion

19. Based on the foregoing, I believe there is probable cause that MORGAN WOMACK (DOB XX/XX/1983) has violated 21 U.S.C. § 846 (Drug Conspiracy), and 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) (Possession of Methamphetamine with Intent to Distribute). It is therefore respectfully requested this Court issue a complaint and arrest warrant for MORGAN WOMACK.

Respectfully Submitted,

*Alan Frank*

Alan Frank, SA
Drug Enforcement Administration

Sworn and subscribed to me by telephone this 8th day of February, 2024.

*Susan Huntsman*
Susan Huntsman
United States Magistrate Judge